452 A.2d 32

Commonwealth, Appellant v. Mueller.

Submitted February 24, 1982. Ray Frank Gricar, Assistant District Attorney, for Commonwealth, appellant; Dennis C. Pfannenschmidt, for appellee.

Before CAVANAUGH, McEWEN and HOFFMAN, JJ.

Order affirmed.